ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 233632
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:   (213) 894-6595
   Facsimile:   (213) 894-7177
   E-mail: Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 10-09109-RGK(CWx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] DEFAULT JUDGMENT OF FORFEITURE |
| v. | ) DATE: July 25, 2011<br>) TIME: 9:00 a.m.<br>) Before the Honorable R. GARY KLAUSNER United States District Judge |
| $29,300.00 IN U.S. CURRENCY, | |
| Defendant. | |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on November 24, 2010. Notice of this action has been given in the manner required by law, and potential claimant Bradley A. Fagan has not appeared by filing a Statement identifying his rights or interests with this Court. Further, potential claimant Bradley A. Fagan has not filed an

answer to the Complaint or otherwise defended his interests, if any, in the defendant $29,300.00 in U.S. Currency ("defendant currency").  Therefore, the Court deems that potential claimant Bradley A. Fagan, and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all rights, title, and interest of potential claimant Bradley A. Fagan and all other potential claimants in and to the defendant currency is condemned and forfeited to the United States of America.

DATED: August 3, 2011

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____
JENNIFER RESNIK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America